# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ELBA CASTILLO DE ANDRADE (01)

        Defendant.

CASE NO. 12CR0166-AJB

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Information:

    21:952 and 960 - Importation of Methamphetamine

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 02/24/12

                      Anthony J. Battaglia
                      U.S. ~~Magistrate~~ District Judge